# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DAPHNE R. OLIVER,** ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION: 1:19-01113-KD-B** |
| ) | |
| **WALMART STORES EAST, LP** ) | |
|     **Defendant.** ) | |

## ORDER

This matter is before the Court on the parties' notice of settlement.

Accordingly, it is **ORDERED** that the above-styled action is **DISMISSED with prejudice** from the active docket of this Court subject to the right of any party to reinstate the action within **thirty (30) days** of the date of this Order should the settlement agreement not be consummated.

Each party shall bear her or its own costs, expenses, and attorneys' fees in conjunction with the terms of the settlement agreement.

**DONE** and **ORDERED** this the **17th** day of **November 2020.**

                      /s/Kristi K. DuBose
                      **KRISTI K. DuBOSE**
                      **CHIEF UNITED STATES DISTRICT JUDGE**